UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

v.                                Case No. 8:12-mc-40-T-33MAP

SHANTI E. PIERCE,

    Respondents.
_____/

## ORDER TO SHOW CAUSE

Upon the petition of the United States and the Declaration of Revenue Officer Barbara J. Deason, including the exhibits attached thereto, it is hereby

ORDERED:

1. Respondent Shanti E. Pierce is to appear before the Honorable Mark A. Pizzo in Courtroom 11B, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602, on the 25th day of June, 2012, at 10:00 a.m., to show cause she should not be compelled to comply with the Internal Revenue Service summons served upon Respondent on June 21, 2011;

2. A copy of this Order to Show Cause, together with the petition and its exhibits, shall be served in accordance with Rule 4 of the Federal Rules of Civil Procedure upon the Respondent within twenty-one (21) days of this Order or as soon thereafter as possible. Pursuant to Rule 4.1(a), the Court hereby appoints Revenue Officer Deason, or any other person designated by the IRS, to effect service in this case;

3. Proof of any service done pursuant to paragraph 2, above, shall be filed with the Clerk as soon as practicable;

4. Because the file in this case reflects a prima facie showing that the investigation is being conducted for a legitimate purpose, that the inquiries may be relevant to that purpose, that the information sought is not already within the IRS's possession, and that the administrative steps required by the Internal Revenue Code have been substantially followed, the burden of coming forward has shifted to the Respondents to oppose enforcement of the administrative summons;

5. If the Respondent has any defense to present or opposition to the petition, such defense or opposition shall be made in writing and filed with the Clerk, and copies served on counsel for the United States, at least fourteen (14) days prior to the date set for the show cause hearing. The United States may file a reply memorandum to any opposition at least five (5) days prior to the date set for the show cause hearing;

6. At the show cause hearing, only those issues brought into controversy by the responsive pleadings and factual allegations supported by affidavit will be considered. Any uncontested allegation in the petition will be considered admitted;

7. Respondent may notify the Court, in a writing filed with the Clerk and served on counsel for the United States at the address on the petition, at least fourteen (14) days prior to the date set for the show cause hearing, that they have no objection to enforcement of the summons. The Respondent's appearance at the hearing will then be excused; and

8. The Respondents are hereby notified that a failure to comply with this Order to Show

Cause may subject Respondents to sanctions for contempt of court.

DONE and ORDERED at Tampa, Florida on April 27, 2012.

*[signature: Mark A. Pizzo]*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE