UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

v.

                                Case No. 8:12-mc-40-T-33MAP

SHANTI E. PIERCE,

    Respondent.

## UNITED STATES OF AMERICA'S
## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby notifies this Court that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, we are voluntarily dismissing this summons enforcement action.

                                              Respectfully submitted,

                                              ROBERT E. O'NEILL
                                              United States Attorney

By:  s/John F. Rudy, III
       JOHN F. RUDY, III
       Assistant United States Attorney
       Florida Bar No. 0136700
       400 N. Tampa Street, Suite 3200
       Tampa, FL 33602
       Telephone:  (813) 274-6000
       Facsimile:   (813) 274-6198
       E-Mail:       John.Rudy@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 6, 2012, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system and that the foregoing document and the notice of electronic filing have been sent by first-class mail to the following non-CM/ECF participant:

Do not have Respondent's current address

s/John F. Rudy, III
JOHN F. RUDY, III
Assistant United States Attorney

2